# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Southern Division)

| | |
|---|---|
| AJIT JADHAV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 8:19-cv-02422-PWG |
| NATIONAL INSTITUTES OF HEALTH, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Ajit Jadhav provides notice of the voluntary dismissal with prejudice of the complaint in this action. Defendant National Institutes of Health has not yet served an answer or a motion for summary judgement in this case, and therefore dismissal without a court order is appropriate. FRCP 41(a)(1)(A)(i).

Dated: June 17, 2022

Respectfully submitted,

        */s/ William Zapf*
William Zapf (Bar No. 28686)
William Pittard (Bar No. 16155)
Sarah R. Fink (admitted *pro hac vice*)
**KaiserDillon PLLC**
1099 14th Street NW
8th Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
wzapf@kaiserdillon.com
wpittard@kaiserdillon.com
sfink@kaiserdillon.com

*Counsel for Plaintiff Ajit Jadhav*

# CERTIFICATE OF SERVICE

 I hereby certify, that this 17th day of June, 2022, the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of Court using the CM-ECF system, thus providing notice to all counsel of record.

               */s/ Sarah Fink*
               Sarah Fink